UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-cv-23408-GAYLES

JANE DOE,

       Plaintiff,

v.

UNIVERSITY OF MIAMI,

       Defendant.

_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order of March 5, 2020, [ECF No. 96], in which the Court granted Defendant's Motion for Final Summary Judgment, it is hereby

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant University of Miami.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 18th day of March, 2020.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE